IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LEONA RENEE WEAVER | § | |
| v. | § | CIVIL ACTION NO. 6:10cv518 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Commissioner's Unopposed Motion to Reverse with Remand for Further Administrative Proceedings (docket entry #15) be granted and this social security action accordingly be reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the opinion therein. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Commissioner's Unopposed Motion to Reverse with Remand for Further Administrative Proceedings (docket entry #15) is hereby **GRANTED**. It is further

**ORDERED** that the social security action be **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the findings and

conclusions of the Magistrate Judge, which are hereby adopted. It is further

      **ORDERED** that any motion not previously ruled on is **DENIED**.

      **SIGNED this 16th day of July, 2011.**

                                    MICHAEL H. SCHNEIDER
                                    UNITED STATES DISTRICT JUDGE